UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:07-CR-45 (02)RM |
| | ) | |
| RICHARD OLGUIN | ) | |

ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on January 18, 2008 [Doc. No. 83]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Richard Olguin's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED:  February 8, 2008

_____/s/ Robert L. Miller, Jr._____
Chief Judge, United States District Court
Northern District of Indiana